# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-04-00554-CR

**Dominic Lynn Cubit, Appellant**

**v.**

**The State of Texas, Appellee**

## FROM THE DISTRICT COURT OF CALDWELL COUNTY, 274TH JUDICIAL DISTRICT NO. 2003-028, HONORABLE TODD A. BLOMERTH, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Dominic Lynn Cubit seeks to appeal from a judgment of conviction for aggravated assault. Imposition of sentence was suspended and community supervision was ordered on August 11, 2004. The deadline for filing a motion for new trial or notice of appeal was therefore September 10, 2004. Tex. R. App. P. 21.4(a), 26.2(a)(1).[1] Cubit filed both a motion for new trial and a notice of appeal on September 13, 2004. Because the motion for new trial was not timely, the notice of appeal also was not timely. Tex. R. App. P. 26.2(a)(2). Under the circumstances, we lack jurisdiction to dispose of the purported appeal in any manner other than by dismissing it for want of jurisdiction. *Slaton v. State*, 981 S.W.2d 208 (Tex. Crim. App. 1998); *Olivo v. State*, 918 S.W.2d 519, 522-23 (Tex. Crim. App. 1996).

---

[1] The trial court's judgment was signed and entered on September 9, 2004. The relevant appellate deadlines begin to run, however, when sentence is imposed or suspended in open court.

The appeal is dismissed.

_____

David Puryear, Justice

Before Chief Justice Law, Justices Kidd and Puryear

Dismissed for Want of Jurisdiction

Filed:   November 4, 2004

Do Not Publish